SYLVIA GOLDBERG, Appellant, v. ARNOLD GOLDBERG, Respondent.—

The learned justice at Special Term exercised improperly the discretion vested in him in reducing the alimony. The defendant is shown to earn approximately twenty-five dollars per week. Under all the circumstances disclosed in the record, eight dollars thereof is a fair portion to be paid to the plaintiff. It is immaterial that as an incident to his second marriage, in violation of the decree herein, expense has been incurred by the defendant for the support and hospitalization of his present wife. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

WILLIAM HARMAN, Respondent, v. AMELIA A. ROTTKAMP, Appellant.—

Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

ANDREW HLAVATI, Respondent, v. CITY OF MOUNT VERNON et al., Appellants.—

The complaint and the bill of particulars charged negligence of the defendants, in effect, in stopping the defendant municipality's police car without warning. (Vehicle and Traffic Law, § 83, subd. 1; Cons. Laws, ch. 71.) The charge as ultimately made to the jury by the learned trial justice erroneously permitted recovery upon a cause of action not pleaded—slowing down without warning. (*Walrath* v. *Hanover Fire Ins. Co.*, 216 N. Y. 220, 225; cf. *Voccia* v. *Pleasure Boat Co.*, 239 App. Div. 165; affd., without opinion, 264 N. Y. 656.) Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

HOME LIFE INSURANCE COMPANY, Respondent, v. JACOB RABINOVICH et al., Appellants.— No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.